David R. McNamara, # 133302
Christina M. Cusimano, #258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| MARGARET ANN DIRKS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., and DOES 1 through 5, inclusive,<br><br>    Defendants. | District Court Case No.  2:09-CV-03399-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION FOR DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between Plaintiff MARGARET ANN DIRKS and Defendant THE PERMANENTE MEDICAL GROUP, INC. that the above-captioned action above-captioned action of Plaintiff MARGARET ANN DIRKS shall be dismissed with prejudice.

Dated: August 2, 2010                                            HENK LEONARD

By:  /s/ Robert P. Henk
Robert P. Henk
Sheri L. Leonard
Attorneys for Plaintiff
MARGARET ANN DIRKS

Dated: August 2, 2010                              McCORMICK, BARSTOW, SHEPPARD,
                                                                           WAYTE & CARRUTH LLP

By:  /s/ David R. McNamara
David R. McNamara
Christina M. Cusimano
Attorneys for Defendant
THE PERMANENTE MEDICAL
GROUP, INC.

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the above-captioned action of Plaintiff MARGARET ANN DIRKS is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

Dated: August 2, 2010

 /s/ John A. Mendez
John A. Mendez
JUDGE OF THE U.S. DISTRICT COURT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

STIPULATION FOR DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com